Tyus Torres #173236
1000 Newnan road
Carrollton Ga. 30117




RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Newnan

APR 2 5 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GEORGIA

TYUS ANTHONY TORRES,
PLAINTIFF
VS
REGEINA HARRISON,
SGT. CARROLL COUNTY JAIL, GA
CHAD ADAMS, OFFICER
CARROLL COUNTY GA.
DEFENDANTS

CIVIL RIGHTS COMPLAINT(1983)
TRIAL BY JURY DEMANDED

COMES NOW, Tyus A. Torres #173236, plaintiff pro se, who presents the following civil-rights complaint and claim for money damages (punitive, pain and suffering) relief as follows:

## I. INTRODUCTION

This action places before the court a lawsuit involving two officers of the Carroll county jail, located at 1000 Newnan road Carrollton Ga 30117.

This complaint alleges that the plaintiffs, a pre-trial detainee, Eighth Amendment rights were violated by both defendants having acted in clear disregard of their respective duties under the law. Both defendants in their individual capacity showed Deliberate indifference to plaintiff's safety, acting outside of policy and violated plaintiff's eighth amendment rights and due process rights, as a pretrial detainee, that lead as well to a failure-to-protect- claim. We claim defendants
 1.) Knew of the risk of harm; and
 2.) Failed to take reasonable steps to prevent it.

## II. PARTIES

**Plaintiff:**

1

Tyus Torres #173236
1000 Newnan road
Carrollton Ga. 30117

3. Tyus A. Torres #173236 ("plaintiff") is presently awaiting sentencing in the custody of the Carroll county jail, at all times relevant to this action, plaintiff was housed at carroll county jail 1000 Newnan road, carrollton Ga, 30117 where he currently resides.

**DEFENDANTS**

4. Defendant Regeina Harrison ("Sgt. Harrison") at all times relevant to this action was/is employed as an officer at carroll county jail, 1000 Newnan road carrollton ga, 30117. Charged with the custody and care of plaintiff, Sgt Harrison is a supervisor and is responsible for oversight of facility staff, and oversight of facility operations generally, and the authority over inmates institutional concerns at all times relevant to this complaint. Sgt. Harrison acted under the color of state law. She is hereby sued in her individual as well as official capacity, jointly and severally for those acts and omissions described fully below.

5. Defendant Chad Adams ("Officer Adams") at all times relevant to this action was employed as an officer/jailer at Carroll county jail, 1000 Newnan Road Carrollton, Ga 30117. Charged with the custody and care of the plaintiff. Officer Adams is a floor officer. Responsible for the oversight of inmate movement/housing feeding, lockdown and general safety. At all times relevant to this complaint, Officer Adams acted under color of state law. He is hereby sued in his individual as well as official capacity, jointly and severally for those acts and omissions described fully below.

### III. JURISDICTION AND VENUE

6. Jurisdiction is asserted pursuant to the united states constitution and 42 U.S.C. 1983, to redress the deprivation of those rights secured by the united states constitution, deprived by person acting under color of state law.

7. The United States District Court for the district of Georgia, in the county of Fulton, city of atlanta, is the appropriate venue for trial. Carroll is where the event occured.

### IV. PREVIOUS LAWSUITS

8. Plaintiff has never before filed a civil suit, nor has there been previous litigation regarding any of the issues in this complaint.

2

Tyus Torres #173236
1000 Newnan road
Carrollton Ga. 30117

## V.STATEMENT OF FACTS

9.On june 22, 2024 at approximately 9:15 am, defendant Harrison came from the elevator, yelling at me because I had been at visitation too long, I explained to defendant Harrison, that the reason I stalled leaving visitation, is because I am not supposed to be in the dorm I was moved to the night before. At this time I am telling Defendant Harrison and Defendant Adams, that I have two NO- contacts on two inmates inside their dorm, these no- contacts have been long standing, part of the jail records, and are both due to inmate violence in the past. After I explained this to both defendants, they would not listen, defendant Harrison just kept telling me to go to my room. So I walked with her inside the dorm. I made it a few steps before I was blindsided by one inmate (inmate concepcion - that I have no contact with) I was hit several times, defendant Harrison nor defendant adams are stepping in to stop the assault. But the defendants are shouting "stop", then I am attacked by another inmate (Roberts- that i have a no contact on) Plaintiff is now being attacked by two inmates, just before plaintiff was lifted off the ground and slammed face first, by the other two inmates, and being knocked unconscious, before being knocked out, last thing plaintiff witnessed was both defendants, Sgt. Regeina Harrison and officer Chad Adams exiting the dorm. Leaving the plaintiff behind to fend for himself. This fact was also stated in defendant harrisons incident report. Where defendant Harrison wrote "I advised ofc. Adams that we were exiting the pod until we got back up. Inmate Roberts appeared to be holding Torres (plaintiff) down as inmate Concepcion continued to hit him (plaintiff) in his head and face area. When plaintiff Torres woke up he was placed in a wheelchair, taken to carroll county jails booking area waiting transport to Tanner ER center, in carrollton ga, where the plaintiff received stitches in three different areas of his face, one where his tooth had gone through his lip, he was also treated for a concussion. Once plaintiff Torres returned he was placed on medical watch due to his head injuries, none of the other inmates were charged for the attack on plaintiff torres, plaintiff torres has ongoing headaches and blurred vision in his left eye that are results of the attack.

## VI.EXHAUSTION OF ADMINISTRATIVE REMEDIES

10. Plaintiff has timely exhausted all available administrative remedies prior to filming this complaint

## VII. COURSE OF ACTION

11.Defendant Regeina Harrison and Chad Adams, were aware of Plaintiff Torres no-contacts on inmates in that dorm, defendants were aware of the serious risk of violence Plaintiff Torres faced by being forced into that dorm. Both Defendants showed deliberate

3

Tyus Torres #173236
1000 Newnan road
Carrollton Ga. 30117

indifference in plaintiffs well being, allowing him to be violently attacked. That caused unnecessary pain and suffering, in violation of the constitutional eighth amendment prohibition against cruel and unusual punishment. Plaintiff torres is a pretrial detainee, defendants actions once plaintiff was attacked by failing to render help, and instead exiting the dorm, clearly plaintiffs fourteenth amendment rights were violated under the due process clause, failure-to-protect-claim, which includes prevention of inmate-on-inmate violence.

## VIII.PRAYER FOR RELIEF

Wherefore, plaintiff respectfully prays that this court enter an order:
12. Awarding plaintiff compensatory and punitive damages for the unnecessary pain and suffering, in an amount as yet to be deduced from the evidence, but in no event in an amount less than $150,000 from each defendant.
13. Any other relief the court may deem just and proper
14. Trial by jury is hereby demanded on all claims alleged herein, and the parties are hereby given notice, pursuant to Fed.R.CIV.P.38(A)-(C). Respectfully submitted this 22nd day of april, 2025.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GEORGIA
CASE#_____

TYUS A. TORRES
PLAINTIFF
VS.
REGEINA HARRISON
CARROLL COUNTY JAIL SGT.
CHAD ADAMS
CARROLL COUNTY JAIL OFFICER
CARROLLTON GEORGIA
DEFENDANTS

TO:Regeina Harrison, Carrol county jail, 1000 Newnan Rd. Carrollton Ga, 30117:

A lawsuit has been filed against you. Within 21 days after service of this summons on you ( not counting the day you receive it) you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Ruler of civil procedure. The answer or motion must be served on the plaintiff Tyus A. Torres 1000 Newnan Rd. Carrollton Ga. 30117 If you fail to do so, judgement by default will be entered against you

Tyus Torres #173236
1000 Newnan road
Carrollton Ga. 30117

for the relief demanded in the complaint. You must also file your answer or motion within the court. Dated this 22nd day of April, 2025.


**TO:Chad Adams, Carrol county jail, 1000 Newnan Rd. Carrollton Ga, 30117:**

A lawsuit has been filed against you. Within 21 days after service of this summons on you ( not counting the day you receive it) you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Ruler of civil procedure. The answer or motion must be served on the plaintiff Tyus A. Torres 1000 Newnan Rd. carrollton Ga. 30117 If you fail to do so, judgement by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion within the court. Dated this 22nd day of April, 2025.

## IX. VERIFICATION

Pursuant to 28 U.S.C 1746, I Tyus A Torres, declare and verify, under penalty of perjury under the laws of the united states of america, that I have read the foregoing, and that it is true and correct to the best of my knowledge and belief.

Dated this 22nd day of April,2025

Sincerely<br>Tyus A. Torres



USPS PRIORITY MAIL
US POSTAGE PAID $10.10
Origin: 30117
04/22/25
1214410365-06

EXPECTED DELIVERY DAY: 04/24/25
0 Lb 5.80 Oz
RDC 03
C001

SHIP TO:
18 GREENVILLE ST
NEWNAN GA 30263-2789

USPS TRACKING #
9505 5104 2907 5112 5622 70



EP14F October 2023
OD: 12 1/2 x 9 1/2

Label 228, December 2023
FOR DOMESTIC AND INTERNATIONAL USE

FROM: Tyus Drives
1000 Newnan Rd
Carroll County Jail
Carrolton GA 30117

TO: U.S. District Court
18 Greenville St S,
Newnan GA 30263

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.