IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| TYUS ANTHONY TORRES, | :: | PRISONER CIVIL RIGHTS |
| Plaintiff, | :: | 42 U.S.C. § 1983 |
| | :: | |
| v. | :: | |
| | :: | |
| SGT. REGEINA HARRISON; and | :: | CIVIL ACTION NO. |
| OFC. CHAD ADAMS, | :: | 3:25-CV-0100-LMM-RGV |
| Defendants. | :: | |

**ANSWERS AND DEFENSES OF DEFENDANTS**

COME NOW Defendants, Sergeant Regeina Harrison and Officer Chad Adams, and file this their responsive pleading to the Amended Complaint identified above [Doc. 3] as follows:

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Amended Complaint fails to state a claim against Defendants for which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's claims against Defendants in their individual capacities should be dismissed because Defendants are protected by qualified immunity.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff was not deprived of a federal or state constitutional or statutorily protected right and is therefore not entitled to recover against Defendants.

1

## FOURTH AFFIRMATIVE DEFENSE

At all times pertinent to this matter, the actions taken by Defendants, if any, were discretionary acts done in good faith and without malice, actual intent to cause injury, or the requisite degree of culpability to maintain this action, and, by reason thereof, Defendants are entitled to all available immunities including, but not limited to, qualified immunity, official immunity, sovereign immunity, Eleventh Amendment immunity, and governmental immunity.

## FIFTH AFFIRMATIVE DEFENSE

Defendants are not liable to Plaintiff because the conduct of Defendants was not in violation of any clearly established constitutional right in which a reasonable office would have known, any such conduct was thus objectively reasonable.

## SIXTH AFFIRMATIVE DEFENSE

Defendants are not liable to Plaintiff because Plaintiff has failed to exhaust all available administrative remedies under 42 USC § 1997e(a).

## SEVENTH AFFIRMATIVE DEFENSE

Defendants deny any paragraph or any part of any paragraph of the Amended Complaint not addressed hereinafter.

## EIGHTH AFFIRMATIVE DEFENSE

Defendants respond to the numbered paragraphs of Plaintiff's Amended Complaint as follows:

## I. PREVIOUS LAWSUITS

Based on the information available to Defendants, Defendants can neither admit nor deny the truth of the allegations in Section I. Previous Lawsuits of Plaintiff's Amended Complaint.

## II. EXHAUSTION OF AVAILABLE ADMINISTRATIVE REMEDIES

### A.

Defendants admit Plaintiff was confined at Carroll County Jail at the time he filed his Amended Complaint.

### B.

Defendants admit the allegations in Section II(B) of Plaintiff's Amended Complaint.

### C.

Defendants deny the allegations in Section II(C) of Plaintiff's Amended Complaint.

### D1.

Defendants admit Plaintiff submitted a grievance. Defendants deny the remaining allegations in Section II(D)(1) of Plaintiff's Amended Complaint.

### III. PARTIES

A.

Defendants admit Plaintiff was an inmate at Carroll County Jail located at 1000 Newnan Road, Carrollton, Georgia 30117 at the time he filed his Amended Complaint.

B.

Defendants admit Defendant Harrison and Defendant Adams were employed by Carroll County Jail as Sergeant and Officer, respectively, at the time Plaintiff filed his Amended Complaint.

### IV. BASIS FOR JURISDICTION

A.

To the extent Section IV(A) calls for a response from these Defendants, Defendants deny the allegations in Section IV(A) of Plaintiff's Amended Complaint.

B.

To the extent Item IV(B) calls for a response from these Defendants, Defendants deny the allegations in Item IV(B) of Plaintiff's Amended Complaint.

### V. PRISONER STATUS

Defendants admit Plaintiff was a pre-trial detainee at the Carroll County Jail at the time of the alleged incident. Defendants further admit Plaintiff was a convicted state prisoner at the time of the filing of his Amended Complaint.

## VI. STATEMENT OF CLAIM

Defendants deny the allegations and Plaintiff's alleged "Statement of Claim" in Section VI of Plaintiff's Amended Complaint.

## VII. INJURIES

Based on the information available to Defendants, Defendants can neither admit nor deny the truth of the allegations in Section VII of Plaintiff's Amended Complaint.

## VIII. RELIEF

Defendants deny the allegations in Section VII of Plaintiff's Amended Complaint.

Defendants deny all allegations not specifically responded to, including those in any prior Complaint or supplemental Complaint by Plaintiff.

WHEREFORE, Defendants demand that Plaintiff's Amended Complaint be dismissed with prejudice, that all costs be cast against Plaintiff, or that, if tried, the case be tried before a jury, and for such other and further relief as the Court deems just and proper.

Respectfully submitted, this 14th day of November 2025.

TISINGER VANCE, P.C.

*/s/ Brianna S. Maxwell*
Avery S. Jackson
Georgia Bar No. 095503

|  |  |
|---|---|
| 100 Wagon Yard Plaza<br>Post Office Box 2069<br>Carrollton, Georgia 30112<br>(770) 834-4467<br>ajackson@tisingervance.com<br>bmaxwell@tisingervance.com | Brianna S. Maxwell<br>Georgia Bar No. 946816<br>Attorneys for Defendants |

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to LR 5.1A (N.D. Ga.), I have this date electronically filed the within and foregoing **Answers and Defenses of Defendants** in the above-styled action with the Clerk of Court via the Court's CM/ECF system and that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

> Tyus Anthony Torres
> 3620 Harris Road
> Waycross, Georgia 31503

> Tyus Anthony Torres
> 2978 Highway 36
> West Prison Blvd
> Jackson, GA 30233

Pursuant to Local Rule 7.1(D), I further certify that the within and foregoing has been prepared in accordance with Local Rule 5.1(B) and is in a 14-point Times New Roman font.

This 14th day of November 2025.

TISINGER VANCE, P.C.

*/s/ Brianna S. Maxwell*

Avery S. Jackson
Georgia Bar No. 095503
Brianna S. Maxwell
Georgia Bar No. 946816
Attorneys for Defendants

100 Wagon Yard Plaza
Post Office Box 2069
Carrollton, Georgia 30112
(770) 834-4467
ajackson@tisingervance.com
bmaxwell@tisingervance.com